THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DANIEL BREWER,

        Plaintiff,

v.

CITY OF BAINBRIDGE ISLAND,

        Defendant.

No. C04-5293RJB

**STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES**

## I. STIPULATION

The parties hereby stipulate that, for the purpose of advancing settlement discussions, the following pretrial dates shall be continued four (4) weeks, until the date set forth below:

| Pretrial Action | New Due Date |
|---|---|
| 1. Expert Witness and Testimony Disclosure/FRCP 26(a)(2) | August 24, 2005 |
| 2. All motions related to discovery | October 3, 2005 |
| 3. Discovery Cutoff | October 24, 2005 |
| 4. All dispositive motions | November 22, 2005 |

All other pretrial dates not listed above, in addition to the trial date, shall remain the same.

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES - 1
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED this 14th day of July, 2005.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/ Stephanie E. Croll
Stephanie E. Croll, WSBA # 18005
Attorney for Defendant City of Bainbridge Island
Keating Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, #4141
(206) 623-8861
(206) 223-9423 Facsimile
scroll@kbmlawyers.com

BRICKLIN NEWMAN DOLD, LLP

s/ David Bricklin
David A. Bricklin, WSBA #7583
Ryan P. Vancil, WSBA #31913
Plaintiff Daniel Brewer
Bricklin Newman Dold, LLP
1414 Fourth Avenue, #1015
Seattle, WA 98101-2217
(206) 621-8868

JOHANNESSEN & ASSOCIATES, P.S.

s/ Kim Johannessen
Kim Maree Johannessen, WSBA #21447
Johannessen & Associates, P.S.
5413 Meridian Avenue N., #C
Seattle, WA 98103
(206) 632-2000

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES - 2
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

## II. ORDER

Based on the foregoing Stipulation of the parties, it is hereby ordered that the following listed pretrial dates are continued four (4) weeks as set forth herein:

| Pretrial Action | New Due Date |
|---|---|
| 1. Expert Witness and Testimony Disclosure/FRCP 26(a)(2) | August 24, 2005 |
| 2. All motions related to discovery | October 3, 2005 |
| 3. Discovery Cutoff | October 24, 2005 |
| 4. All dispositive motions | November 22, 2005 |

It is further ordered that all other pretrial dates, and the trial date, shall remain the same.

DONE IN OPEN COURT this 14th day of July, 2005.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/Stephanie E. Croll
Stephanie E. Croll, WSBA # 18005
Defendant City of Bainbridge Island
Keating Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, #4141
(206) 623-8861
(206) 223-9423 Facsimile
scroll@kbmlawyers.com

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES - 3
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

BRICKLIN NEWMAN DOLD, LLP

s/ David Bricklin
David A. Bricklin, WSBA #7583
Ryan P. Vancil, WSBA #31913
Plaintiff Daniel Brewer
Bricklin Newman Dold, LLP
1414 Fourth Avenue, #1015
Seattle, WA 98101-2217
(206) 621-8868

JOHANNESSEN & ASSOCIATES, P.S.

s/ Kim Johannessen
Kim Maree Johannessen, WSBA #21447
Johannessen & Associates, P.S.
5413 Meridian Avenue N., #C
Seattle, WA 98103
(206) 632-2000

STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES - 4
Cause No. C04-5293RJB
S:\BRYAN\SHARE\brewer.stip.ord.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423