THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

DANIEL BREWER,

                Plaintiff,

v.

CITY OF BAINBRIDGE ISLAND,

                Defendant.

No. C04-5293RJB

**STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES AND OTHER PRETRIAL DATES**

### I.  STIPULATION

For the purpose of advancing settlement discussions and to minimize further litigation costs, the parties hereby stipulate that, pursuant to FRCP 26(a)(2)(B), they shall not exchange expert reports.

The parties further stipulate that (1) on or before August 24, 2005, each party shall disclose to the other party the names and addresses of their identified expert witnesses, the general subject matter(s) on which they may be expected to testify, and a copy of their curriculum vitae; (2) on or before August 30, 2005, the parties may send each other interrogatories asking for the more detailed information set forth in FRCP 26(a)(2)(B), with receipt of answers due no later than one month before the discovery cutoff (i.e., no later than September 30, 2005); (3) the discovery cutoff shall be extended one week until October 31, 2005; and (3) the pretrial deadline for filing motions related to discovery shall be extended four (4) days until October 7, 2005.

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES AND OTHER PRETRIAL DATES - 1
Cause No. C04-5293RJB
C:\DOCUME~1\jlemm\LOCALS~1\Temp\notesFFF692\brewer.stip.expert.ord.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

The parties further stipulate that each side may exceed the maximum limit for interrogatories only for the limited purpose of soliciting the expert witness disclosures contemplated by this Stipulation.

Both parties reserve their rights to depose any expert witnesses so disclosed by the other party. Both parties reserve their right to name rebuttal expert witnesses to contradict or rebut evidence on the same subject matter identified by another party under FRCP 26(a)(2)(B), within thirty (30) days after receipt of the detailed disclosures made by the other party in response to expert interrogatories. The parties agree that they will file a stipulation and proposed order with the court extending the discovery cutoff by at least two weeks to accommodate either party's request to depose a rebuttal expert witness.

All other pretrial dates not listed above, in addition to the trial date, shall remain the same.

DATED this 5th day of August, 2005.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/ Stephanie E. Croll
Stephanie E. Croll, WSBA # 18005
Attorney for Defendant City of Bainbridge Island
Keating Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, #4141
(206) 623-8861
(206) 223-9423 Facsimile
scroll@kbmlawyers.com


JOHANNESSEN & ASSOCIATES, P.S.

s/ Kim Johannessen
Kim Maree Johannessen, WSBA #21447
Attorney for Defendant City of Bainbridge Island
Johannessen & Associates, P.S.
5413 Meridian Avenue N., Suite C
Seattle, WA  98103
(206) 632-2000
(206) 632-2500 Facsimile

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES AND OTHER PRETRIAL DATES - 2
Cause No. C04-5293RJB
C:\DOCUME~1\jlemm\LOCALS~1\Temp\notesFFF692\brewer.stip.expert.ord.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

BRICKLIN NEWMAN DOLD, LLP

s/ David Bricklin
David A. Bricklin, WSBA #7583
Ryan P. Vancil, WSBA #31913
Attorney for Plaintiff Daniel Brewer
Bricklin Newman Dold, LLP
1414 Fourth Avenue, #1015
Seattle, WA 98101-2217
(206) 621-8868

## II. ORDER

Based on the foregoing Stipulation of the parties, it is hereby ordered that:

1. No expert reports shall be exchanged pursuant to FRCP 26(a)(2)(B).

2. On or before August 24, 2005, each party shall disclose to the other party the names and addresses of their identified expert witnesses and the general subject matter(s) on which they may be expected to testify, together with a copy of their curriculum vitae;

3. For expert witness and testimony disclosures, on or before August 30, 2005, the parties may send each other interrogatories asking for the more detailed information set forth in FRCP 26(a)(2)(B), with receipt of answers due no later than one month before the discovery cutoff (i.e., no later than September 30, 2005).

4. Discovery shall be completed by October 31, 2005.

5. The pretrial deadline for filing motions related to discovery shall be October 7, 2005.

6. Each side may exceed the maximum limit for interrogatories only for the limited purpose of soliciting the expert witness disclosures described in Paragraph 3 above.

7. Both parties may depose any expert witnesses so disclosed by the other party. Both parties reserve their right to name rebuttal expert witnesses to contradict or

STIPULATION AND ORDER REGARDING EXPERT
DISCLOSURES AND OTHER PRETRIAL DATES - 3
Cause No. C04-5293RJB
C:\DOCUME~1\jlemm\LOCALS~1\Temp\notesFFF692\brewer.stip.expert.ord.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

rebut evidence on the same subject matter identified by another party under FRCP 26(a)(2)(B), within thirty (30) days of receipt of the detailed disclosures made by the other party in response to expert interrogatories.  If needed to accommodate either party's request to depose a rebuttal expert witness, the parties shall file a stipulation and proposed order with the court extending the discovery cutoff by at least two weeks or such other time period as may be necessary to accommodate the schedules of counsel and experts.

It is further ordered that all other pretrial dates, and the trial date, shall remain the same.

DONE IN OPEN COURT this 5th day of August, 2005.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

s/Stephanie E. Croll
Stephanie E. Croll, WSBA # 18005
Defendant City of Bainbridge Island
Keating Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, #4141
(206) 623-8861
(206) 223-9423 Facsimile
scroll@kbmlawyers.com


JOHANNESSEN & ASSOCIATES, P.S.

s/ Kim Johannessen
Kim Maree Johannessen, WSBA #21447
Johannessen & Associates, P.S.
Attorney for City of Bainbridge Island
5413 Meridian Avenue N., #C

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES AND OTHER PRETRIAL DATES - 4
Cause No. C04-5293RJB
C:\DOCUME~1\jlemm\LOCALS~1\Temp\notesFFF692\brewer.stip.expert.ord.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1  Seattle, WA  98103
   (206) 632-2000
2  BRICKLIN NEWMAN DOLD, LLP

3  s/ David Bricklin
   David A. Bricklin, WSBA #7583
4  Ryan P. Vancil, WSBA #31913
   Plaintiff Daniel Brewer
5  Bricklin Newman Dold, LLP
   1414 Fourth Avenue, #1015
6  Seattle, WA 98101-2217
   (206) 621-8868
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES AND OTHER PRETRIAL DATES - 5
Cause No. C04-5293RJB
C:\DOCUME~1\jlemm\LOCALS~1\Temp\notesFFF692\brewer.stip.expert.ord.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423