The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL BREWER,

                Plaintiff,

v.

CITY OF BAINBRIDGE,

                Defendants.

NO. C04-5293RJB

JOINT MOTION FOR STAY OF PROCEEDINGS AND [PROPOSED] ORDER STAYING PROCEEDINGS

## I.  JOINT MOTION

The parties, by and through their attorneys of record, stipulate to a complete stay of proceedings and stipulate to striking the trial date, and respectfully move the Court for entry of an order staying these proceedings and striking the trial date.  The parties are engaged in ongoing settlement negotiations and seek a stay of this lawsuit in order to pursue settlement.  The parties request a stay of 60 days to complete settlement discussions and for the preparation and execution of settlement documents.

Because the parties intend to devote their full attention to settlement and because settlement is likely, the parties do not believe it is productive to continue with their pre-trial

JOINT MOTION FOR STAY OF PROCEEDINGS AND
[PROPOSED] ORDER STAYING PROCEEDINGS - 1

Bricklin Newman Dold, LLP
Attorneys-at-Law
1001 Fourth Avenue, Suite 3303
Seattle, WA 98154
Tel. (206) 264-8600
Fax (206) 264-9300

preparation. Yet with trial set for January 23, 2006, the parties would have to devote themselves to considerable trial preparation, including completing expert depositions, in the next month. As a result, the parties request that as part of the stay of this matter, the Court strike the January 23, 2006 trial date.

A proposed order follows.

Dated this 6 day of October, 2005.

        Respectfully submitted,

        BRICKLIN NEWMAN DOLD, LLP


By:   *s/ David A. Bricklin*
       David A. Bricklin
       WSBA No. 7583
       Bricklin Newman Dold, LLP
       1001 Fourth Avenue, Suite 3303
       Seattle, WA 98154
       Telephone: (206) 264-8600
       Fax: (206) 264-9300
       E-mail: bricklin@bnd-law.com
       Attorneys for Daniel Brewer

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By:   *s/ David A. Bricklin per e-mail authorization*
       Stephanie E. Croll, WSBA No. 18005
       Keating, Bucklin & McCormack, Inc., P.S.
       800 Fifth Avenue, Suite 4141
       Seattle, WA 98104-3175
       Telephone: (206) 623-8861
       Facsimile: (206) 223-9423
       E-mail: scroll@kbmlawyers.com
       Attorneys for City of Bainbridge Island

JOINT MOTION FOR STAY OF PROCEEDINGS AND
[PROPOSED] ORDER STAYING PROCEEDINGS - 2

Bricklin Newman Dold, LLP
Attorneys-at-Law
1001 Fourth Avenue, Suite 3303
Seattle, WA 98154
Tel. (206) 264-8600
Fax (206) 264-9300

JOHANNESSEN & ASSOCIATES, P.S.


By: *s/ David A. Bricklin per e-mail authorization*
Kim Maree Johannessen, WSBA No. 21447
Johannessen & Associates, P.S.
5413 Meridian Ave. N., Suite C
Seattle, WA 98103-6138
Telephone: (206) 632-2000
Facsimile: (206) 632-2500
E-mail: kmj@johanassocs.com
Attorneys for City of Bainbridge Island

## II.  ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the proceedings in this matter shall be stayed. This stay shall remain in effect until the case has been settled. If the parties have not settled this case by December 6, 2005, then either party may move to lift the stay at that time.

IT IS FURTHER ORDERED that, if not settled and dismissed before then, the parties shall provide the Court with a status report on or before December 13, 2005.

IT IS FURTHER ORDERED that the trial date of January 23, 2006 is stricken.  If this matter is not fully resolved by settlement, trial will be rescheduled for a later date.

Dated this 7th  day of October, 2005.


/S/ Robert J. Bryan
THE HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION FOR STAY OF PROCEEDINGS AND
[PROPOSED] ORDER STAYING PROCEEDINGS - 3

Bricklin Newman Dold, LLP
Attorneys-at-Law
1001 Fourth Avenue, Suite 3303
Seattle, WA 98154
Tel. (206) 264-8600
Fax  (206) 264-9300

Presented by:

BRICKLIN NEWMAN DOLD, LLP

By: *s/ David A. Bricklin per e-mail authorization*
David A. Bricklin, WSBA No. 7583
Bricklin Newman Dold, LLP
1001 Fourth Avenue, Suite 3303
Seattle, WA 98154
Telephone: (206) 264-8600
Fax: (206) 264-9300
E-mail: bricklin@bnd-law.com
Attorneys for Daniel Brewer

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: *s/ David A. Bricklin per e-mail authorization*
Stephanie E. Croll, WSBA No. 18005
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
Telephone: (206) 623-8861
Facsimile: (206) 223-9423
E-mail: scroll@kbmlawyers.com
Attorneys for City of Bainbridge Island

JOHANNESSEN & ASSOCIATES, P.S.

By: *s/ David A. Bricklin per e-mail authorization*
Kim Maree Johannessen, WSBA No. 21447
Johannessen & Associates, P.S.
5413 Meridian Ave. N., Suite C
Seattle, WA 98103-6138
Telephone: (206) 632-2000
Facsimile: (206) 632-2500
E-mail: kmj@johanassocs.com
Attorneys for City of Bainbridge Island

Brewer\USDC\Joint Motion for Stay

JOINT MOTION FOR STAY OF PROCEEDINGS AND
[PROPOSED] ORDER STAYING PROCEEDINGS - 4

Bricklin Newman Dold, LLP
Attorneys-at-Law
1001 Fourth Avenue, Suite 3303
Seattle, WA 98154
Tel. (206) 264-8600
Fax  (206) 264-9300